MICHAEL HURLEY v. THE INHABITANTS OF THE CITY OF TRENTON AND ROBERT A. MONTGOMERY.

On *certiorari*.

Before Justices GARRISON and GARRETSON.

PER CURIAM.

The ordinance brought up by this writ is set aside for the reason stated in the case of Milner *v*. Trenton. with which it was argued.